IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY, | ) | 4:11CV3145 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TECUMSEH INSTITUTION, Fred Britton/Warden, | ) ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on Petitioner's Objection. (Filing No. 57.) In the Objection, Petitioner objects to Respondent's March 27, 2011, Notice of Exhaustion and asks the court to move forward with his petition. (*Id*.; Filing No. 54.) However, this court dismissed Petitioner's Petition for Writ of Habeas Corpus and entered Judgment against him on April 3, 2012. (Filing Nos. 55 and 56.) Accordingly,

    IT IS THEREFORE ORDERED that Petitioner's Objection (filing no. 57) is denied as moot.

    DATED this 18th day of April, 2012.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  Senior United States District Judge

---

    \*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.